

Michael P. Burke
Direct:: (314) 259-2700
mpburke@bryancave.com

June 12, 2008

The Honorable Ivan L.R. Lemelle
United States District Court
for the Eastern District of Louisiana
500 Poydras Street, Room C-525
New Orleans, LA 70130

Re:   **Trinidad Barahona v. Dillard's Department Stores, Inc.,**
       **Case No. 05-0152**

Dear Judge Lemelle:

Based on guidance received from your staff, we are responding in this letter format to the Order in this case dated June 5, 2008.

1. **Compliance With the June 5 Order**

As directed by the June 5 Order, counsel for plaintiff Barahona and counsel for defendant Dillard's have conferred and have agreed to the "Joint Proposal Regarding E-mails To Be Examined", which is submitted herewith as a separate document.

2. **The Doctrine of *Functus Officio***

Inasmuch as there has been no prior briefing with regard to the remand directed by the June 5 Order, Dillard's believes it is appropriate to state its position that the doctrine of *functus officio* applies in this case, see e.g., Brown v. Witco Corp., 340 F.3d 209 (5th Cir. 2003), and that, by complying with the June 5 Order, Dillard's does not explicitly or implicitly confer new or expanded authority on the arbitrator in this matter and does not waive its right to assert that the doctrine of *functus officio* precludes the arbitrator from reconsidering the merits of the award.

3. **The Federal Arbitration Act**

Similarly, by complying with the June 5 Order, Dillard's does not waive its right to assert that the Federal Arbitration Act, see 9 U.S.C. §§ 1-16, provides

Bryan Cave LLP
One Metropolitan Square
211 North Broadway
Suite 3600
St. Louis, MO 63102-2750
Tel (314) 259-2000
Fax (314) 259-2020
www.bryancave.com

Chicago
Hamburg
Hong Kong
Irvine
Jefferson City
Kansas City
Kuwait
London
Los Angeles
Milan
New York
Phoenix
Shanghai
St. Louis
Washington, DC

Bryan Cave International Trade
A TRADE CONSULTING SUBSIDIARY
OF NON-LAWYER PROFESSIONALS
www.bryancavetrade.com

Bangkok
Jakarta
Kuala Lumpur
Manila
Shanghai
Singapore
Tokyo

Bryan Cave Strategies
A GOVERNMENT RELATIONS AND
POLITICAL AFFAIRS SUBSIDIARY
www.bryancavestrategies.com

Washington, DC
St. Louis

the exclusive method and means for judicial review of the arbitration award at issue here, see e.g., Hall St. Assocs. v. Mattel, Inc., 128 S. Ct. 1396 (2008), and does not authorize the remand directed in the June 5 Order.

Respectfully submitted,

*/s/ Michael P. Burke*

Michael P. Burke
Attorney for Dillard's Inc.

MPB:low

Bryan Cave LLP

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TRINIDAD SUYAPA BARAHONA,

        Plaintiff,         *     Civil Action

v.        *     No. 05-0152

DILLARD'S, INC., et al.,        *     Sec. "B" (2)

        Defendant.

## JOINT PROPOSAL REGARDING E-MAILS TO BE EXAMINED

Pursuant to this Court's Order dated June 5, 2008, plaintiff Barahona and defendant Dillard's hereby jointly propose that the following e-mails should be submitted to the arbitrator for examination pursuant to the Court's Order:

> Any and all e-mails to or from Patrick Broussard, Charlyn Bernard, Linda Sholtis and/or Diane Champagne, created during her employment with defendant, which regard Suyapa Barahona. The foregoing is limited, however, to non-privileged e-mails created during the time Patrick Broussard was the Store Manager at Dillard's store in Houma, Louisiana.

Pursuant to the Court's Order, defendant Dillard's will submit the relevant e-mails to the arbitrator within 30 days of the Court's Order, with a copy to plaintiff's counsel.

Respectfully submitted,

**ROBERT B. EVANS**
La. Bar No. 23473
**CESAR R. BURGOS**
La. Bar No. 24328
3535 Canal Street
New Orleans, la. 70119-6135
504-488-3722 – telephone
Attorneys for *Trinidad Suyapa Barahona*,
Defendant

2

**MICHAEL P. BURKE**
(Admitted Pro Hac Vice)
Bryan Cave, LLP
Suite 3600 – 211 North Broadway
St. Louis, Missouri   63102
(314) 259-2700 – telephone
(314) 259-2020 – facsimile

**TARA G. RICHARD**
La. Bar No. 26356
Jones, Walker, Waechter,
  Poitevent, Carrère & Denègre, LLP
201 St. Charles Avenue
New Orleans, Louisiana   70170
(504) 582-8000 – telephone
(504) 582-8011 – facsimile

Attorneys for *Dillard's, Inc., f/k/a
  Dillard's Department Stores, Inc.*,
  Defendant