UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TRINIDAD SUYAPA BARAHONA | * | CIVIL ACTION |
| Plaintiff | * | |
| VERSUS | * | NO. 05-0152 |
| | * | |
| DILLARD DEPARTMENT STORES, INC. | * | SECTION "B" |
| INC. | * | (Judge Lemelle) |
| & CLINIQUE SERVICES, INC. | * | |
| Defendants | * | |
| | * | MAGISTRATE 2 |
| | * | (Magistrate Wilkinson) |

*********************************************************************

## MOTION TO TO VACATE ARBITRATION AWARD AS A RESULT OF FRAUD

NOW INTO COURT, through undersigned counsel, comes plaintiff, Trinidad Suyapa Barahona, who moves this Court to vacate the arbitrator's award as a result of the fraud of Dillard's. Mover shows that a final arbitration award was issued by the arbitrator on November 9, 2007. Further, Barahona shows that the arbitration award should be vacated because Dillard's fraudulently withheld material, inculpatory evidence, specifically documents held in the decision-maker's file and relevant emails. In sum, the plaintiff was denied a fair hearing.

On June 16, 2008, this Court ordered Dillard's to produce the relevant emails. However, Dillard's invoked the doctrine of Functus Officio and the arbitrator subsequently declined jurisdiction. Consequently, the plaintiff's only relief available is through this Court.

**WHEREFORE,** plaintiff, Trinidad Suyapa Barahona, moves this court for an order vacating the arbitration award, and for any and all other just and equitable relief that this Court deems appropriate.

Respectfully submitted

**BURGOS & EVANS, L.L.C.**

_____
**ROBERT B. EVANS, III, III (# 23473)**
Cesar R. Burgos (# 24328)
3535 Canal Street
New Orleans, Louisiana 70119-6135
Telephone: (504) 488-3722
Attorneys for Trinidad Suyapa Barahona

## C E R T I F I C A T E

I hereby certify that a copy of the above and foregoing pleading has this day been served upon all counsel via e-filing this ____ day of June, 2009.

_____
**ROBERT B. EVANS, III**

- 2 -