UNITED STATES DISTRICT COURT
EASTER DISTRICT OF LOUISIANA

**TRINIDAD SUYAPA BARAHONA**          **CIVIL ACTION**

**VERSUS**                            **NUMBER: 05-0152**

**DILLARD DEPARTMENT STORES, ET AL**  **SECTION: "B"(2)**

## JUDGMENT

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of Plaintiff and against Defendants, **VACATING** the arbitrator's decision and denying confirmation of same, with costs to be assessed against Defendants.

New Orleans, Louisiana, this 3rd day of November, 2009.

_____
UNITED STATES DISTRICT JUDGE