UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TRINIDAD SUYAPA BARAHONA | * | CIVIL ACTION |
| versus | * | NO. 05-0152 |
| DILLARD DEPARTMENT STORES, INC. & CLINIQUE SERVICES, INC. | * | SECTION "B" |
| | * | MAGISTRATE 2 |

**UNOPPOSED MOTION TO CORRECT JUDGMENT AND ORDER AND REASONS, AND TO DISMISS DEFENDANT CLINIQUE SERVICES, INC.**

Defendant Clinique Services, Inc. ("Clinique"), by its undersigned attorneys, moves the court to:

- Correct the Judgment issued on November 3, 2009 (Rec. Doc 63) to change the designation Defendants to Defendant throughout the document;

- Correct the Order and Reasons issued on November 3, 2009 (Rec. Doc. 62) to delete any reference to Clinique Services, Inc. and to change the designation Defendants to Defendant throughout the document; and to

- Dismiss all claims against Clinique Services, Inc., without prejudice.

The grounds for Clinique's motion are set forth in the attached supporting memorandum. In short, Clinique shows that Plaintiff and Dillard's Inc. have no opposition to this motion; the references to Clinique and Defendants in the Judgment and Order and Reasons appear to have been an inadvertent clerical error as Clinique was not a mover or responding party and did not

799666_1

participate in the arbitration at issue; as currently written, the Judgment exposes Clinique to unwarranted liability and the Order and Reasons incorrectly attributes wrongful conduct to Clinique; and Plaintiff consents to dismissing her claims against Clinique without prejudice.

WHEREFORE, Clinique prays that the Court grants it motion and executes the attached proposed Order.

Respectfully submitted,

____s/Dana M. Douglas____
Thomas J. McGoey II, T.A. (Bar #18330)
Dana M. Douglas (Bar #26866)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Fax: (504) 556-4108

Ellen M. Martin
PATTERSON, BELKNAP, WEBB & TYLER
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2000
Fax: (212) 336-2222

Attorneys for Defendant Clinique Services, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon all counsel via the Court's electronic filing system and U.S. mail this 18th day of November, 2009.

                                                     s/Dana M. Douglas