## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TRINIDAD SUYAPA BARAHONA, Plaintiff, | * | CIVIL ACTION |
| | * | NO. 05-0152 |
| VERSUS | | |
| | * | SECTION "B" (2) |
| DILLARD'S INC., ET AL., Defendants. | * | |

*******************************************************************************

### DEFENDANT DILLARD'S, INC.'S NOTICE OF APPEAL

Notice is hereby given that Defendant Dillard's, Inc. ("Dillard's") hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Order and Reasons dated November 3, 2009 and entered November 4, 2009, and the Judgment dated November 3, 2009 and entered November 5, 2009, granting Plaintiff's Motion to Vacate the Arbitration Award and denying Defendants' Motion to Confirm the Arbitration Award, both as corrected by the Order dated and entered November 19, 2009.

Respectfully submitted,

**BRYAN CAVE LLP**

MICHAEL P. BURKE
(Admitted Pro Hac Vice)
Bryan Cave LLP
211 North Broadway, Suite 3600
St. Louis, MO  63102
(314) 259-2700 – telephone
(314) 259-2020 – facsimile

{N2079120.1}

By: : /s/ Jennifer F. Kogos
**JENNIFER F. KOGOS**
La. Bar No. 25668
Jones, Walker, Waechter,
 Poitevent, Carrère & Denègre, LLP
201 St. Charles Avenue
New Orleans, LA  70170
(504) 582-8154 – telephone
(504) 589-8154 – facsimile

Attorneys for Dillard's, Inc., f/k/a
Dillard's Department Stores, Inc.
Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2009, the foregoing was filed electronically with the clerk of the court to be served by operation of the Court's electronic filing system upon the following:

ROBERT B. EVANS, III
Burgos & Evans, L.L.C.
3632 Canal Street
New Orleans, LA  70119-6135

Attorneys for Plaintiff

/s/ Jennifer F. Kogos

{N2079120.1}