```
            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA
```

**TRINIDAD SUYAPA BARAHONA**         *      CIVIL ACTION
                                     *
**VERSUS**                           *      NO. 05-152
                                     *
**DILLLARD'S, INC.**                 *      SECTION "B"(2)

<u>**FINAL JUDGMENT**</u>

Final judgment is now proper because the Order dated May 24, 2010 confirming the arbitration award disposes of all claims remaining in the above-captioned matter. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment be entered in **favor** of Defendant Dillard's, Inc. and **against** Plaintiff.

New Orleans, Louisiana, this 25th day of May, 2010.

_____
            IVAN L.R. LEMELLE
        UNITED STATES DISTRICT JUDGE